UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04 11909 JLT

| | |
|---|---|
| LODESTAR CORPORATION., ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. _____ |
| GFI ENERGY VENTURES, LLC, and ) | |
| OCM/GFI POWER OPPORTUNITIES ) FUND, LP ) | |
| Defendants. ) | |

**MOTION FOR IMPOUNDMENT**

In accordance with Local Rule 7.2, defendants GFI Energy Ventures, LLC and OCM/GFI Power Opportunities Fund, LP hereby move for an order impounding copies of all process, pleadings and orders served upon the defendants in the State Court Action, which material is being filed concurrently with the Notice of Removal as required by 28 U.S.C. § 1446(a). As grounds for this motion, defendants state that plaintiff has filed a motion and supporting papers, attached hereto as Exhibit A, seeking to impound certain of the papers that it has filed in this action in the state court from which this action is being removed. Plaintiff's motion sets forth good cause why the material as to which impoundment is sought should be impounded until further order of the Court. Those materials are among the documents that are required to be filed with the Notice of Removal under 28 U.S.C. § 1446(a). Defendants concur that certain of those materials are, and should remain, confidential, and therefore they join in plaintiff's motion.

Local Rule 7.2(d) requires that, unless the Court orders otherwise, motions for impoundment should be filed and ruled upon prior to the submission of the material as to which

impoundment is sought. Here, the motion for impoundment must be filed concurrently with the Notice of Removal, since the Notice of Removal is the filing that initiates this proceeding before this Court and, consequently, the Court has no jurisdiction to order an impoundment before the filing of the Notice of Removal. Defendants therefore seek leave, pursuant to Local Rule 7.2(d), to file their impoundment motion concurrently with the filing of the materials as to which impoundment is sought.

By their attorneys,

Of Counsel:

David A. Schwarz
Michael R. Williams
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
(310) 277-1010

_____
Michael Arthur Walsh (BBO #514875)
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 248-5000

DATED: September 1, 2004

3741085v1

I HEREBY CERTIFY THAT A TRUE COPY
THE ABOVE DOCUMENT WAS SERVE
UPON THE ATTORNEY OF RECORD FO
EACH OTHER PARTY BY MAIL/HAND ON 9/1/04

2