UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LODESTAR CORPORATION, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No.  04-11909 (JLT) |
| GFI ENERGY VENTURES, LLC, and OCM/GFI POWER OPPORTUNITIES FUND, LP, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**MOTION TO APPROVE APPEARANCE
OF MICHAEL R. WILLIAMS *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b), the undersigned, an attorney in the law firm of Choate, Hall & Stewart and a member of the Bar of the United States District Court for the District of Massachusetts, submits this Motion to allow Michael R. Williams of the law firm of Irell & Manella LLP to appear *pro hac vice* in this case.  In support of this Motion, and based upon the Certification of Mr. Williams filed herewith, the undersigned states as follows:

1.	Mr. Williams is a member of the law firm of Irell & Manella LLP, 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067, which is counsel to defendants GFI Energy Ventures, LLC, and OCM/GFI Power Opportunities Fund, LP.

2.	Mr. Williams is admitted to practice in the State of California, the United States Court of Appeals for the Ninth Circuit, and the United States District Court for the Central District of California.  He is a member of the bar in good standing in all of the jurisdictions to which he has been admitted to practice, there are no disciplinary proceedings pending against him in any jurisdiction, and he has reviewed and is familiar with the Local Rules of this Court.

     3.     Mr. Williams seeks permission to appear *pro hac vice* in the above-captioned case for the sole purpose of representing defendants GFI Energy Ventures, LLC, and OCM/GFI Power Opportunities Fund, LP.

     4.     Mr. Williams' Certification required by Local Rule 83.5.3(b) is submitted with this Motion.

**WHEREFORE**, the undersigned respectfully requests that this Court permit Michael R. Williams of the law firm of Irell & Manella LLP to appear and practice before this Court in this case and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: September 7, 2004

/s/ Paul E. Bonanno
Michael Arthur Walsh (BBO No. 514875)
David Kurtz (BBO No. 641380)
Paul E. Bonanno (BBO No. 646838)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000

CERTIFICATION UNDER LOCAL RULE 7.1(A)(2)

I hereby certify, pursuant to Local Rule 7.1(A)(2), that I have conferred with counsel for the plaintiff prior to filing this Motion, and that the plaintiff does not oppose this Motion.

/s/ Paul E. Bonanno
Paul E. Bonanno

3741397_1.DOC