UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LODESTAR CORPORATION,<br><br>              Plaintiff,<br><br>v.<br><br>GFI ENERGY VENTURES, LLC, and<br>OCM/GFI POWER OPPORTUNITIES<br>FUND, LP,<br><br>              Defendants. | Civil Action No. 04-11909 (JLT) |

## CERTIFICATION OF MICHAEL R. WILLIAMS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Michael R. Williams certifies as follows:

1. I am a member of the law firm of Irell & Manella LLP, 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067, which is counsel to defendants GFI Energy Ventures, LLC, and OCM/GFI Power Opportunities Fund, LP. I make this Certification based upon my personal knowledge and in support of the Motion for my admission in this action *pro hac vice*.

2. I am admitted to practice in the State of California, the United States Court of Appeals for the Ninth Circuit, and the United States District Court for the Central District of California. I am a member of the bar in good standing in all of the jurisdictions to which I am admitted to practice.

3. I am not under suspension or disbarment by any court. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

4.   I have reviewed and am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Michael R. Williams

Dated: September 2, 2004
GFI_ Williams Pro Hac Vice Certification1.DOC

2