UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LODESTAR CORPORATION<br><br>Plaintiff,<br><br>- against -<br><br>GFI ENERGY VENTURES, LLC AND OCM/GFI POWER OPPORTUNITIES FUND, LP<br><br>Defendants. | Civil Action No. 04-CV-11909 (JLT) |

## LODESTAR CORPORATION'S MOTION TO IMPOUND
## ITS PRELIMINARY INJUNCTION PAPERS FILED WITH THIS COURT

Pursuant to Local Rule 7.2, plaintiff LODESTAR Corporation ("LODESTAR") hereby moves to impound its Motion for a Preliminary Injunction and supporting Memorandum of Law, filed herewith. As grounds for this Motion, LODESTAR states as follows:

1.  LODESTAR originally filed a Verified Complaint in the Suffolk Superior Court, C.A. No. 04-3806-BLS2 and sought a preliminary injunction against defendants GFI Energy Ventures, LLC ("GFI") and OCM/GFI Power Opportunities Fund, LP (the "Fund"). The Suffolk Superior Court impounded the Verified Complaint and preliminary injunction papers. *See* Order (Bostford, J.), dated Aug. 30, 2004 (attached hereto at Tab 1).

2.  The matter was removed to this Court on September 1, 2004. GFI and the Fund also moved to impound all of the state court pleadings because they contain information that is, and should remain, confidential. *See* Motion for Impoundment, dated Sept. 1, 2004.

3.  LODESTAR has renewed its Motion for a Preliminary Injunction and is filing today a Memorandum of Law with this Court that is nearly identical to the one impounded by the

State Court and the subject of defendants' pending Motion for Impoundment. Accordingly, LODESTAR requests that the Court impound its Motion for a Preliminary Injunction and accompanying Memorandum of Law.

Respectfully submitted,

LODESTAR CORPORATION,

By its attorneys,

_____
Anthony S. Fiotto (BBO # 558089)
Kenneth Y. Lee (BBO # 644653)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Dated: September 2, 2004

### LOCAL RULE 7.1(A)(2) CERTIFICATE

I, Anthony S. Fiotto, hereby certify that I have conferred with opposing counsel in good faith to resolve or narrow the issues raised in this foregoing motion.

_____
Anthony S. Fiotto (BBO # 558089)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail(or hand) on Sept 2, 2004.

_____