UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LODESTAR CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>GFI ENERGY VENTURES, LLC, and<br>OCM/GFI POWER OPPORTUNITIES<br>FUND, LP,<br><br>    Defendants. | Civil Action No. 04-11909 (JLT) |

## MOTION FOR IMPOUNDMENT

In accordance with Local Rule 7.2, defendants GFI Energy Ventures, LLC and OCM/GFI Power Opportunities Fund, LP hereby move for an order impounding their memorandum of points and authorities and the supporting declarations of Ian A. Schapiro, Richard K. Landers, and Lawrence D. Gilson being filed in opposition to the plaintiff's motion for a preliminary injunction. Defendants base this motion for impoundment on the Stipulated Order agreed to by the parties and entered by this Court on September 8, 2004, which provides that "All documents containing Information that are filed with the Court shall be accompanied by an appropriate motion for impoundment pursuant to Local Rule 7.2 of the District of Massachusetts." Stipulated Order ¶ 4. Defendants' opposition papers contain "Information," as that term is defined in the Stipulated Order. *Id.* ¶ 1.

Defendants further request that the Court grant them leave, pursuant to Local Rule 7.2(d), to file their opposition papers under seal concurrently with this motion for impoundment.

WHEREFORE, the defendants move that the Court enter an order impounding their papers filed in opposition to the plaintiff's motion for a preliminary injunction and grant them leave to file their opposition papers under seal concurrently herewith.

Respectfully submitted,

GFI ENERGY VENTURES, LLC, and
OCM/GFI POWER OPPORTUNITIES FUND, LP

By their attorneys,

Dated: September 10, 2004

_____
Michael Arthur Walsh (BBO No. 514875)
David Kurtz (BBO No. 641380)
Paul E. Bonanno (BBO No. 646838)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000

and

David A. Schwarz
Michael R. Williams
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
(310) 277-1010

CERTIFICATION UNDER LOCAL RULE 7.1(A)(2)

I hereby certify, pursuant to Local Rule 7.1(A)(2), that I have conferred with counsel for the plaintiff prior to filing this motion and attempted in good faith to resolve or narrow the issues presented herein.

_____
Paul E. Bonanno

3744397_1.DOC

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY ~~MAIL~~/HAND ON
DATE 9/10/04 SIGNATURE _____

2