UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LODESTAR CORPORATION,
    Plaintiff,              )
                              )
    V                        )        CA 04-11909-JLT
                              )
GFI ENERGY VENTURES,LLL       )
    Defendant.           )

## NOTICE OF CANCELLATION AND RE-SCHEDULING

The motion hearing set for September 16, 2004

has been canceled due to current trial obligation.

It has been re-scheduled for: TO BE ADVISED.

By the court,
/s/

_____

Zita Lovett
Deputy Clerk,
(617) 748-9183

9/14/04