UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LODESTAR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GFI ENERGY VENTURES, LLC, and OCM/GFI POWER OPPORTUNITIES FUND, LP,<br><br>Defendants. | Civil Action No. 04-11909 (JLT) |

## MOTION FOR IMPOUNDMENT

In accordance with Local Rule 7.2, defendants GFI Energy Ventures, LLC and OCM/GFI Power Opportunities Fund, LP hereby move for an order impounding the Declaration of Harry Debes, the Supplemental Declaration of Richard K. Landers, and Defendants' Motion for Leave to File Additional Documents in Opposition to Plaintiff's Motion for a Preliminary Injunction, all of which are being submitted in further opposition to plaintiff's motion for a preliminary injunction. Defendants base this motion for impoundment on the Stipulated Order agreed to by the parties and entered by this Court on September 8, 2004, which provides that "All documents containing Information that are filed with the Court shall be accompanied by an appropriate motion for impoundment pursuant to Local Rule 7.2 of the District of Massachusetts." Stipulated Order ¶ 4. The Declaration of Harry Debes, the Supplemental Declaration of Richard K. Landers, and Defendants' Motion for Leave to File Additional Documents in Opposition to Plaintiff's Motion for a Preliminary Injunction contain "Information," as that term is defined in the Stipulated Order. *Id.* ¶ 1.

Defendants further request that the Court grant them leave, pursuant to Local Rule 7.2(d), to file the Declaration of Harry Debes, the Supplemental Declaration of Richard K. Landers, and Defendants' Motion for Leave to File Additional Documents in Opposition to Plaintiff's Motion for a Preliminary Injunction under seal concurrently with this motion for impoundment.

WHEREFORE, the defendants move that the Court enter an order impounding the Declaration of Harry Debes, the Supplemental Declaration of Richard K. Landers, and Defendants' Motion for Leave to File Additional Documents in Opposition to Plaintiff's Motion for a Preliminary Injunction and grant them leave to file the same under seal concurrently herewith.

Dated: September 15, 2004

Respectfully submitted,

GFI ENERGY VENTURES, LLC, and
OCM/GFI POWER OPPORTUNITIES FUND, LP

By their attorneys,

_____
Michael Arthur Walsh (BBO No. 514875)
David Kurtz (BBO No. 641380)
Paul E. Bonanno (BBO No. 646838)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000

*Of Counsel:*

David A. Schwarz
Michael R. Williams
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
(310) 277-1010

### CERTIFICATION UNDER LOCAL RULE 7.1(A)(2)

I hereby certify, pursuant to Local Rule 7.1(A)(2), that I have conferred with counsel for the plaintiff prior to filing this motion and attempted in good faith to resolve or narrow the issues presented herein.

_____
Paul E. Bonanno

3745812_1.DOC

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON
DATE 9/15/04  SIGNATURE _____

2