UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LODESTAR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GFI ENERGY VENTURES, LLC, and OCM/GFI POWER OPPORTUNITIES FUND, LP,<br><br>Defendants. | Civil Action No. 04-11909 (JLT) |

## DEFENDANTS' ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendants GFI Energy Ventures, LLC and OCM/GFI Power Opportunities Fund, LP hereby move, with the assent of plaintiff Lodestar Corporation, to extend the time to answer or otherwise respond to plaintiff's complaint by one week, until September 27, 2004. Defendants have not made any previous requests to extend the deadline to respond to plaintiff's complaint.

Respectfully submitted,

GFI ENERGY VENTURES, LLC, and
OCM/GFI POWER OPPORTUNITIES
FUND, LP

| Assented to: | By their attorneys, |
|---|---|
| /s/ Kenneth Y. Lee (with permission P.E.B.) | /s/ Paul E. Bonanno |
| Anthony S. Fiotto (BBO No. 558089) | Michael Arthur Walsh (BBO No. 514875) |
| Kenneth Y. Lee (BBO No. 644653) | David Kurtz (BBO No. 641380) |
| GOODWIN PROCTER LLP | Paul E. Bonanno (BBO No. 646838) |
| Exchange Place | CHOATE, HALL & STEWART |
| 53 State Street | Exchange Place |
| Boston, MA 02109 | 53 State Street |
| 617-570-1000 | Boston, MA 02109 |
|  | (617) 248-5000 |

        and

        David A. Schwarz
        Michael R. Williams
        IRELL & MANELLA LLP
        1800 Avenue of the Stars, Suite 900
        Los Angeles, California 90067
        (310) 277-1010

Dated:  September 20, 2004

CERTIFICATION UNDER LOCAL RULE 7.1(A)(2)

    I hereby certify, pursuant to Local Rule 7.1(A)(2), that I have conferred with counsel for the plaintiff prior to filing this motion and that plaintiff assents to the relief requested herein.

        /s/ Paul E. Bonanno
        Paul E. Bonanno

3747847_1.DOC