UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LODESTAR CORPORATION, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-11909-JLT |
| | * | |
| | * | |
| GFI ENERGY VENTURES, LLC, and | * | |
| OCM/GFI POWER OPPORTUNITIES | * | |
| FUND, LP, | * | |
| | * | |
| Defendants. | * | |

ORDER

September 23 , 2004

TAURO, J.

After a hearing on September 22, 2004, this court hereby orders that:

1. Lodestar Corporation's Motion for a Preliminary Injunction [#8] is DENIED;

2. GFI's Motion for Impoundment [#2] is ALLOWED as moot;

3. Lodestar Corporation's Motion to Impound its Preliminary Injunction Papers Filed with this Court [#9] is ALLOWED as moot;

4. Lodestar Corporation's Motion to Impound Materials Filed with the Court on September 10, 2004 [#15] is ALLOWED pursuant to stipulation;

5. GFI's Motion for Impoundment [#20] is ALLOWED pursuant to stipulation;

6. Lodestar Corporation's Motion to Impound Materials Filed with the Court on September 15, 2004 [#22] is ALLOWED pursuant to stipulation;

7.   GFI's <u>Motion for Impoundment</u> [#29] is ALLOWED pursuant to stipulation;

8.   <u>Defendants' Assented-To Motion to Extend Time to Respond to Complaint</u> [#32] is DENIED as moot;

9.   <u>Lodestar Corporation's Motion to Impound Materials Filed with the Court on September 21, 2004</u> [#33] is ALLOWED pursuant to stipulation;

10.  <u>Lodestar Corporation's Request for Leave to File Supplemental Material in Support of its Motion for a Preliminary Injunction</u> [#34] is ALLOWED as moot;

11.  With the assent of both parties, this case is DISMISSED.

IT IS SO ORDERED.

       /s/ Joseph L. Tauro  
    United States District Judge