**CHOATE, HALL & STEWART**
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

EXCHANGE PLACE
53 STATE STREET
BOSTON, MASSACHUSETTS 02109-2804
TELEPHONE (617) 248-5000 • FAX (617) 248-4000
WWW.CHOATE.COM

PAUL BONANNO
DIRECT DIAL: (617) 248-4753
EMAIL: PBonanno@Choate.Com



September 28, 2004

**BY HAND**

Clerk's Office
United States District Court
District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02210

    Re:   *Lodestar Corporation v. GFI Energy Ventures, LLC, et al.*
           Civil Action No. 04-11909 (JLT)

Dear Sir or Madam:

    Pursuant to Local Rule 81.1(a), enclosed for filing in the above-captioned case please find certified copies of all records and proceedings in the state court from which this case was removed, including the following:

1. Civil Docket Sheet;

2. Civil Action Cover Sheet;

3. Verified Complaint **(FILED UNDER SEAL)**;

4. Summons and Order of Notice;

5. Motion for Appointment of Special Process Server;

6. Lodestar Corporation's Request for Short Order of Notice;

7. Lodestar Corporation's Motion for a Preliminary Injunction **(FILED UNDER SEAL)**;

8. Lodestar Corporation's Memorandum in Support of its Motion for a Preliminary Injunction **(FILED UNDER SEAL)**;

9. Lodestar Corporation's Motion for Impoundment and Substitution of Redacted Pleadings;

Clerk's Office
September 28, 2004
Page 2

10. Declaration of Kenneth Y. Lee, Esq. in Support of Lodestar Corporation's Motion for Impoundment and Substitution of Redacted Pleadings;

11. Lodestar Corporation's Motion for an Order Requiring Disclosure by Defendants of the Identity of Lodestar Competitor and Other Information;

12. Order on Lodestar Corporation's Motion for Impoundment and Substitution of Redacted Pleadings; and

13. Notice of Removal.

Because three of the above documents are being filed under seal, also enclosed is defendant's Motion for Impoundment.

Please acknowledge receipt of the above by date-stamping the enclosed copy of this letter and returning it to me via the awaiting messenger. Thank you for your assistance.

Very truly yours,

Paul E. Bonanno

Enclosures
cc:   Anthony S. Fiotto, Esq. *(by hand and w/encls.)*