FILED
IN CLERKS OFFICE
2004 OCT -1  P 4: 03
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LODESTAR CORPORATION,

    Plaintiff,

- against -

GFI ENERGY VENTURES, LLC AND OCM/GFI POWER OPPORTUNITIES FUND, LP,

    Defendants.

Civil Action No. 04-CV-11909 (JLT)

## LODESTAR CORPORATION'S NOTICE OF APPEAL

Pursuant to FED. R. APP. P. 3(a) and 28 U.S.C. § 1291(a)(1), plaintiff LODESTAR Corporation hereby gives notice that it appeals, to the United States Court of Appeals for the First Circuit, the District Court's Order dated September 23, 2004 but entered into the docket on September 28, 2004, denying LODESTAR's Motion for a Preliminary Injunction.[1]

---

[1] The district court's Order states that LODESTAR assented to the dismissal of this action. LODESTAR never assented to any such dismissal, and has separately moved to vacate that portion of the Order.

LIBA/1417137.1

          Respectfully submitted,

          LODESTAR CORPORATION,

          By its attorneys,

          _____
          Anthony S. Fiotto (BBO # 558089)
          Kenneth Y. Lee (BBO # 644653)
          GOODWIN PROCTER LLP
          Exchange Place
          Boston, MA 02109-2881
          617.570.1000

Dated: October 1, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on Oct. 1, 2004.

_____