UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 OCT -1  P 4: 03
U.S. DISTRICT COURT
DISTRICT OF MASS.

LODESTAR CORPORATION,

Plaintiff,

- against -

GFI ENERGY VENTURES, LLC AND OCM/GFI POWER OPPORTUNITIES FUND, LP,

Defendants.

Civil Action No. 04-CV-11909 (JLT)

## LODESTAR CORPORATION'S MOTION TO VACATE PART OF THE COURT'S SEPTEMBER 23, 2004 ORDER

Plaintiff LODESTAR Corporation ("LODESTAR") moves to vacate the portion of the Court's Order dated September 23, 2004 stating that, "With the assent of both parties, this case is DISMISSED." As grounds for this Motion, LODESTAR states as follows:

1. LODESTAR and defendant OCM/GFI POWER Opportunities Fund, LP (the "Fund") signed a Security Holders Agreement (the "Agreement"). The Agreement—executed by defendant GFI Energy Ventures, LLC on behalf of the Fund—states that disputes between the parties are subject to binding arbitration. *See* Agreement, § 7.15(a). However, it expressly permits any party to seek judicial injunctive relief to prevent immediate and irreparable harm. *Id.*

2. LODESTAR moved for a preliminary injunction in this Court and, simultaneously but separately, filed its arbitration claim against Defendants. On September 22, 2004, the Court held a hearing on LODESTAR's Motion. At the close of the hearing, the Court denied the Motion from the bench and, *sua sponte*, dismissed the case.

LIBA/1417137.1

3. LODESTAR never assented to any dismissal of this matter and has filed a Notice of Appeal concerning the Court's denial of a preliminary injunction. It is also moving for an inunction pending its appeal from the United States Court of Appeals for the First Circuit, and is seeking an expedited briefing schedule. If LODESTAR prevails in its appeal, the First Circuit may remand the matter to this Court for entry of an injunction or other proceedings consistent with the First Circuit's ruling. The implementation of any such order will be impossible if the Court's dismissal remains standing.

WHEREFORE, plaintiff LODESTAR Corporation respectfully requests that the Court vacate the portion of its September 23, 2004 Order dismissing this matter while LODESTAR's appeal remains pending.

Respectfully submitted,

LODESTAR CORPORATION,

By its attorneys,

_____
Anthony S. Fiotto (BBO # 558089)
Kenneth Y. Lee (BBO # 644653)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Dated: October 1, 2004

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I, Kenneth Y. Lee, hereby certify that I have conferred with opposing counsel in good faith to resolve or narrow the issues raised in this foregoing motion.

_____
Kenneth Y. Lee (BBO # 644653)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on  Oct. 1, 2004  .

_____

LIBA/1417137.1