UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


LODESTAR CORPORATION,                          *
                                               *
               Plaintiff,                      *
                                               *
                                               *
       v.                                      *       Civil Action No. 04-11909-JLT
                                               *
                                               *
GFI ENERGY VENTURES, LLC and                   *
OCM/GFI POWER OPPORTUNITIES                     *
FUND, LP,                                       *
                                               *
               Defendants.                     *


ORDER

October __6__, 2004

TAURO, J.

       This court hereby orders that:

       1.      <u>Lodestar Corporation's Motion to Vacate Part of the Court's September 23, 2004</u>

       <u>Order</u> [#39] is DENIED.  See attached transcript.

IT IS SO ORDERED.


                                               _____
                                               United States District Judge

1    **MR. FIOTTO:** His whole strategy, Your Honor,

2    is to do this: Is to abandon LODESTAR. He was unhappy with

3    LODESTAR. He -- and there is no dispute. In the affidavits

4    everybody is clear that GFI and Mr. Hamilos do not get

5    along.

6         So what they decided is, on another plan, they

7    first try to put --

8         **THE COURT:** We are getting off the track. All

9    right.

10        **MR. FIOTTO:** If I can just raise --

11        **THE COURT:** I am going to deny the motion for

12   preliminary injunction. I don't think that there is a

13   substantial likelihood of success, which does not mean that

14   you won't succeed in a trial on the merits.

15        There has been no response yet?

16        **MR. FIOTTO:** No, Your Honor. This is sort of

17   an unusual situation. We are in an arbitration. The

18   arbitration agreement says, however, that to avoid

19   irreparable injury, to seek an injunction to maintain the

20   status quo, which is what I've been trying to do, we may

21   come into a court to get that relief to maintain the status

22   quo.

23        **THE COURT:** All right. I have denied it.

24   That is the end of the case?

25        **MR. WALSH:** So far as you are concerned, Your

1    Honor, yes.

2                MR. FIOTTO:  Yes, Your Honor.

3                THE COURT:  Okay.  Good.  I will dismiss it.

4    Thank you.

5                MR. FIOTTO:  Thank you, Your Honor.

6                MR. WALSH:  Thank you, Your Honor.

7

8            (WHEREUPON, the proceedings were recessed at 3:25

9        p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25