UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 OCT 15 P 4:46
U.S. DISTRICT COURT
DISTRICT OF MASS.

| |
|---|
| LODESTAR CORPORATION, |
| Plaintiff, |
| - against - |
| GFI ENERGY VENTURES, LLC and OCM/GFI POWER OPPORTUNITIES FUND, LP, |
| Defendants. |

Civil Action No. 04-CV-11909 (JLT)

## LODESTAR CORPORATION'S CORRECTED NOTICE OF APPEAL

Pursuant to FED. R. APP. P. 3(a) and 28 U.S.C. § 1292(a)(1), plaintiff LODESTAR Corporation ("LODESTAR") hereby gives notice that it appeals, to the United States Court of Appeals for the First Circuit, the District Court's Order dated September 23, 2004 but entered into the docket on September 28, 2004, denying LODESTAR's Motion for a Preliminary Injunction.

LODESTAR's previous Notice of Appeal, filed on October 1, 2004, contained a typographical error and inadvertently referenced 28 U.S.C. § 1291, not § 1292. LODESTAR and its counsel apologize for the resulting confusion, if any. The United States Court of Appeals has since docketed LODESTAR's appeal and received the record from the District Court.

Respectfully submitted,

LODESTAR CORPORATION,

By its attorneys,

_____
Anthony S. Fiotto (BBO # 558089)
Kenneth Y. Lee (BBO # 644653)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Dated: October 15, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on _Oct. 15, 2004_

_____