*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

USCA Docket Number: 04-2345

USDC Docket Number : 04-cv-11909

Losestat Corporation

v.

GFI Energy Ventures, LLC et al

**CLERK'S SUPPLEMENTAL CERTIFICATE**

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 44 amended notice of appeal & copies of original electronic documents 4-7, 36,39 are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 19, 2004.

Tony Anastas, Clerk of Court

By: *[signature]*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 10/19/04.

*[signature]*
Deputy Clerk, US Court of Appeals

[cv: supplapprcc.] [cr: ksupplapprcc.]