# MANDATE

## United States Court of Appeals
### For the First Circuit

*04-11909*
*USDC/MA*
*Tauro, J.*

No.   04-2345

LODESTAR CORPORATION

Plaintiff - Appellant

v.

GFI ENERGY VENTURES, LLC; OCM/GFI POWER OPPORTUNITIES FUND, LP

Defendants - Appellees

**JUDGMENT**
Entered:   December 10, 2004

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk
Date: 12/10/04

By the Court:

Richard Cushing Donovan, Clerk

**JULIE GREGG**
By:_____
Operations Manager

[cc: David A. Schwarz, Esq., Michael R. Williams, Esq., Michael Arthur Walsh, Esq., Paul E. Bonanno, Esq., Anthony S. Fiotto, Esq., Kenneth Y. Lee, Esq.]